JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAURA PALACIOS,

     Plaintiff,

v.

FIRST CAPITAL MORTGAGE, et al.

     Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-8094 DSF (SHx)

JUDGMENT

   The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated:  3/8/12

         _____
           DALE S. FISCHER
         United States District Judge